IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Emily M. Harlin,<br><br>   Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank NA,<br><br>   Defendant. | C/A No. 3:13-cv-02719-JFA<br><br><br>**ORDER** |

  Wells Fargo Bank NA ("Defendant") moves for judgment on the pleadings as to four of the seven causes of action asserted by Emily M. Harlin ("Plaintiff"). ECF No. 17. Plaintiff consents to this court entering a judgment on the pleadings as to "Plaintiff's claims of breach of contract accompanied by a fraudulent act, intentional infliction of emotional distress, and violation of S.C. Code § 37-5-108." ECF No. 18, p.1. Therefore, the only remaining cause of action for the court to address with respect to Defendant's Motion for Judgment on the Pleadings is Plaintiff's cause of action pursuant to the South Carolina Unfair Trade Practices Act.

  The court denies Defendant's Motion for Judgment on the Pleadings as to Plaintiff's Unfair Trade Practices Act claim, the sixth cause of action. The court dismisses, with prejudice, the second cause of action (breach of contract accompanied by a fraudulent act), the fourth cause of action (intentional infliction of emotional distress), and the fifth cause of action (violation of S.C. Code § 37-5-108).

  IT IS SO ORDERED.

February 26, 2014             Joseph F. Anderson, Jr.
Columbia, South Carolina         United States District Judge